# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Philadelphia District Attorney's
Office

           v.

Craig Williams,
           Appellant

:
:
:
:
:
:
:
:
:

No. 1337 C.D. 2017

## O R D E R

AND NOW, this 16th day of April, 2019 it is ORDERED that the above-captioned opinion filed February 8, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge